| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| THIMESCH LAW OFFICES<br>TIMOTHY S. THIMESCH, ESQ., 148213<br>158 HILLTOP CRESCENT<br>WALNUT CREEK, CA 945763452 | | (925) 855-8235<br><br>Ref. No. or File No. | | | |
| ATTORNEY FOR (Name): Plaintiff | | | | | |
| Insert name of court, judicial district or branch court, if any:<br>UNITED STATES DISTRICT COURT<br>450 GOLDEN GATE #1111<br>SAN FRANCISCO, CA 94102 | | | | | |
| PLAINTIFF:<br>HOLLYNN D'LIL | | | | | |
| DEFENDANT:<br>FLOOD GARAGE, ET AL | | | | | |
| **PROOF OF SERVICE** | DATE: | | TIME: | DEPT/DIV: | CASE NUMBER:<br>C084587 MEJ |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT; SCHEDULING ORDER(S) PACKET; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; COURT'S GUIDELINES; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA BOOKLET**

ON: **HARRIGAN WEIDENMULLER, CO.**

AT: **300 MONTGOMERY STREET, STE., #800**
    **SAN FRANCISCO, CA 94104**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
**BRIAN MULLER - PRINCIPAL OF COMPANY**

ON: **10/08/2008**
AT: **04:40 pm**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: 77.50
County: **SAN FRANCISCO**
Registration No.: 2008-0001050
**Eddings Attorney Support Services, Inc.**
1099 East Champlain Ave., Suite A-102
Fresno, CA 93720
(559) 222-2274

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **October 9, 2008**.

Signature: _____
                    **TRAVIS FLEENOR**

**PROOF OF SERVICE**

Order#: P101651/GProof39