**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE A. FARBER, ESQ., No. 44215 – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff
HOLLYNN D'LIL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL, <br><br> Plaintiff, <br><br> v. <br><br> FLOOD GARAGE; AMERICAN PARKING MANAGEMENT, INC.; PROPARK AMERICA WEST, INC.; PATRICIA NINO; LYNN WASSER; HARRIGAN, WEIDENMULLER, CO.; PATRICIA L. STEINER; PATRICIA L. STEINER TRUST; DOE TRUSTEES 1-25; and DOES 26-50, Inclusive, <br><br> Defendants. | CASE NO. 3:08-CV-4587-MEJ <br> Civil Rights <br><br> **PLAINTIFF'S REQUEST FOR DISMISSAL WITH RETAINED JURISDICTION TO INTERPRET AND ENFORCE SETTLEMENT AGREEMENT** <br><br> AND ORDER THEREON |

The parties are pleased to report that the parties have reached a complete settlement in all respects, including plaintiff's claims for injunctive relief, statutory damages, and reasonable statutory attorney fees, litigation expenses and costs. The parties have now memorialized the settlement through written agreement.

Therefore, the parties request that this Court dismiss the action with prejudice, and that the

////

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Request for Dismissal With Retained Jurisdiction:**
**Case No. 3:08-CV-4587-MEJ**

1 | Court maintain continuing jurisdiction to interpret and enforce the settlement agreement.

3 | Dated: February 6, 2009     THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, ESQ.
GENE FARBER, ESQ. – Of Counsel

/S/ Signature Authorized
Attorneys for Plaintiff
HOLLYNN D'LIL

**APPROVED AS TO FORM:**

Dated: February 6, 2009     WILLIAM A. BOGDAN, ESQ.
LYNCH, GILARDI & GRUMMER

/s/ Signature Authorized
Attorneys for Attorneys for Defendant
AMERICAN PARKING MANAGEMENT, INC.

Dated: February 6, 2009     THOMAS P. GMELICH, ESQ.
LENA J. MARDEROSIAN, ESQ.
G. DEAN GUERRERO, ESQ.
BRADLEY & GMELICH

/s/ Signature Authorized
Attorneys for Defendant PROPARK AMERICA WEST, LLC

Dated: February 6, 2009     JUDITH J. RENTSCHLER, ESQ.
JOSEPH G. TURSI, ESQ.
GINA E. SHARRON, ESQ.
RENTSCHLER/TURSI, LLP

/s/ Signature Authorized
Attorneys for Defendants HARRIGAN WEIDENMULLER, CO., CITY NATIONAL BANK AS TRUSTEE OF THE PATRICIA L. STEINER RESIDUAL TRUST B DATED JANUARY 9, 1976 FOR THE BENEFIT OF PATRICIA NINO, AND CITY NATIONAL BANK AS TRUSTEE OF THE PATRICIA L. STEINER RESIDUAL TRUST B DATED JANUARY 9, 1976 FOR THE BENEFIT OF LYNN WASSER

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Request for Dismissal With Retained Jurisdiction:**
**Case No. 3:08-CV-4587-MEJ**

— 2 —

## ORDER

SO ORDERED.

Dated: March 9, 2009

_____
JUDGE
U.S. DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Request for Dismissal With Retained Jurisdiction:**
**Case No. 3:08-CV-4587-MEJ**

— 3 —