**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE A. FARBER, ESQ., No. 44215 – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff
HOLLYNN D'LIL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL,<br><br>  Plaintiff,<br><br>v.<br><br>FLOOD GARAGE; AMERICAN PARKING MANAGEMENT, INC.; PROPARK AMERICA WEST, INC.; PATRICIA NINO; LYNN WASSER; HARRIGAN, WEIDENMULLER, CO.; PATRICIA L. STEINER; PATRICIA L. STEINER TRUST; DOE TRUSTEES 1-25; and DOES 26-50, Inclusive,<br><br>  Defendants.<br>_____/ | CASE NO. 3:08-CV-4587-MEJ<br>Civil Rights<br><br>**PLAINTIFF'S REQUEST FOR TERMINATION OF RETAINED JURISDICTION WITH PREJUDICE;** ~~[Proposed]~~ **ORDER** |

**TO THE COURT:**

By Order entered on March 9, 2008, the Court dismissed this action with prejudice, but with retained jurisdiction to interpret and enforce the terms of the written settlement agreement, including injunctive relief. The parties now request that the court terminate retained jurisdiction. Plaintiff's consultant Karl Danz has performed a pro bono inspection and confirms that all remediations have been performed as agreed.

Therefore, plaintiff requests that the Court terminate its retained jurisdiction with

////

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Request for Termination of Retained Jurisdiction; Order:**
**Case No. 3:08-CV-4587-MEJ**

prejudice.

Dated: August 27, 2009

THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, ESQ.
GENE FARBER, ESQ. – Of Counsel

/S/ Signature Authorized
Attorneys for Plaintiff
HOLLYNN D'LIL

**APPROVED AS TO FORM:**

Dated: August 27, 2009

WILLIAM A. BOGDAN, ESQ.
LYNCH, GILARDI & GRUMMER

/s/ Signature Authorized
Attorneys for Attorneys for Defendant
AMERICAN PARKING MANAGEMENT, INC.

Dated: August 27, 2009

THOMAS P. GMELICH, ESQ.
LENA J. MARDEROSIAN, ESQ.
G. DEAN GUERRERO, ESQ.
BRADLEY & GMELICH

/s/ Signature Authorized
Attorneys for Defendant PROPARK AMERICA WEST, LLC

Dated: August 27, 2009

JUDITH J. RENTSCHLER, ESQ.
JOSEPH G. TURSI, ESQ.
GINA E. SHARRON, ESQ.
RENTSCHLER/TURSI, LLP

/s/ Signature Authorized
Attorneys for Defendants HARRIGAN WEIDENMULLER, CO., CITY NATIONAL BANK AS TRUSTEE OF THE PATRICIA L. STEINER RESIDUAL TRUST B DATED JANUARY 9, 1976 FOR THE BENEFIT OF PATRICIA NINO, AND CITY NATIONAL BANK AS TRUSTEE OF THE PATRICIA L. STEINER RESIDUAL TRUST B DATED JANUARY 9, 1976 FOR THE BENEFIT OF LYNN WASSER

**ORDER**

SO ORDERED.

Dated: August 31, 2009

HON. MARIA-ELENA JAMES
U.S. MAGISTRATE JUDGE

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Request for Termination of Retained Jurisdiction; Order:**
**Case No. 3:08-CV-4587-MEJ**

— 2 —